**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION**

| | |
|---|---|
| LINDA L. FORDHAM,<br><br>    Plaintiff,<br><br>v.<br><br>HERITAGE ACCEPTANCE CORPORATION,<br><br>    Defendant. | Case No. 4:18-cv-00102-JTM-APR |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, to the Dismissal With Prejudice of this Action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

| | |
|---|---|
| DATED: May 1, 2019 | Respectfully submitted, |
| */s/ Joseph S. Davidson* | */s/ Annette M. England* |
| Joseph S. Davidson<br>SULAIMAN LAW GROUP, LTD.<br>2500 South Highland Avenue<br>Suite 200<br>Lombard, Illinois 60148<br>+1 630-575-8181<br>jdavidson@sulaimanlaw.com<br><br>*Counsel for Linda L. Fordham* | Annette M. England<br>BARNES & THORNBURG LLP<br>11 South Meridian Street<br>Indianapolis, Indiana 46204<br>+1 317-231-6460<br>aengland@btlaw.com<br><br>*Counsel for Heritage Acceptance Corporation* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 1, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Indiana by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                          */s/ Joseph S. Davidson*